MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Jacqueline Kay Bennett

Chapter 7 Case No. 08-45661

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA NA<br>Creditors BKY Service<br>P.O. Box 740933<br>Dallas, TX 75374 | 2 | 219.41 | 2.14 |
| City County Federal Credit Union<br>6160 Summit Drive<br>Brooklyn Center, MN 55430 | 7 | 359.76 | 3.51 |
| Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | 9 | 445.73 | 4.34 |

Dated: July 21, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Bennett\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

July 21, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Jacqueline Kay Bennett
      BKY No. 08-45661

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $9.99 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee

C:\Data\randy\Trustee-Mpls\Bennett\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd